**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

John Saulsberry,
Plaintiff,

vs

Case No. 00-CV-1444 PAM/JGL
**Stipulation to Extend Due Dates**

St. Mary's University of Minnesota,
a Minnesota non-profit educational institution,
Defendants.

The parties hereto stipulate to extend all the due dates for this matter by one month, to wit:

The period during which the parties may conduct discovery shall terminate March 1, 2001, except for expert depositions.

The Plaintiff's disclosure of experts shall be served by February 3, 2001. The Defendant's disclosure of experts shall be served by March 1, 2001.

Non-dispositive motions shall be served and filed prior to March 1, 2001,

All Dispositive motions shall be served and filed prior to April 1, 2001.

The case shall be ready for trial on June 1, 2000.

Dated: December 29, 2000

HEIKENS LAW FIRM

Steve G. Heikens, #124394
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 305-4384
ATTORNEY FOR PLAINTIFF

Dated: 1/2/2001

MCCOLLUM, CROWLEY

Robert L. McCollum, Terri Benson
Norwest Financial Center, Suite 1300
7900 Xerxes Avenue S.
Minneapolis, MN 55431
Telephone: (612) 831-4980
ATTORNEY FOR DEFENDANT

ORDER:
Based on the foregoing stipulation, a one month extension of all due dates set forth in the order filed September 25, 2000 is granted.

DATED: JAN 5, 2001

HON. JONATHAN LEBEDOFF

FILED JAN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______