UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1444 (PAM/JGL)

JOHN SAULSBERRY,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

ST. MARY'S UNIVERSITY OF MINNESOTA,

Defendant.

Chief Judge Paul A. Magnuson has referred the above matter to me for purposes of conducting a settlement conference prior to the August 6, 2001, trial date. This settlement conference has been scheduled for **Monday, July 9, 2001, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since the last settlement conference, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: June 15, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**
Steve Heikens, Esq.
700 Lumber Exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402

Robert McCollum, Esq.
1300 Norwest Financial Center
7900 Xerxes Avenue South
Minneapolis, MN 55431

JUN 18 2001
Filed ______
Francis E. Dosal, Clerk
Judgment Entd. ______
Deputy Clerk ______