# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

John Saulsberry,

v.

St. Mary's University of Minnesota

**STATUS CONFERENCE**

**Case Number Crim. 00-1444 PAM/JGL**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Tuesday, October 30, 2001 @ 10:00 A.M., for a status conference.**

Dated: October 24, 2001

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Steve Heikens
Robert L. McCollum

OCT 24 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK