UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Saulsberry,

Plaintiff, Civil 00-1444 PAM/JGL

v.

St. Mary's University of Minnesota,

Defendant.

## COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff John Saulsberry as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $ 150.00 | $ 150.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 4,452.65 | $ 4,452.65 |
| Fees for exemplification and copies | $ 394.40 | $ 394.40 |
| Docket fees under 28 U.S.C. § 1923 | $ 105.00 | $ 0.00 |
| Costs as shown on Mandate | $ 259.47 | previously entered on judgment roll |
| TOTAL: | $ 5,361.52 | $ 4,997.05 |

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

Costs, therefore, are taxed in the sum of Four Thousand Nine Hundred Ninety-Seven Dollars and 05/100 ($4,997.05) in favor of Defendant and against Plaintiff and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 10, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti

Amy M. Leonetti, Law Clerk