UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Saulsberry, Civ. File No. 00-1444 (PAM/JGL)

Plaintiff,

v. **ORDER**

St. Mary's University of Minnesota,
a Minnesota non-profit educational institution,

Defendant.

---

This matter is before the Court on Plaintiff's Motion for Review of Costs Award. On July 11, 2003, the Clerk of Court entered a cost judgment in favor of Defendant in the amount of $4,997.05. Plaintiff seeks to reduce the costs entered for depositions from $4,453 to $1,152. Plaintiff asks the Court to exclude from the cost judgment the costs of those depositions not used at trial.

Plaintiff is incorrect that only the cost of those depositions actually used at trial is taxable. In fact, 28 U.S.C. § 1920 provides that "[f]ees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case" are allowable. Here, Defendant explains that the depositions challenged by Plaintiff were used in Defendant's summary judgment motion, and indeed some of the depositions were used in the trial. Thus, the costs are taxable to Plaintiff and his objections are not well taken.

FILED JUL 2 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Finally, the Court notes that Plaintiff's Motion is untimely. The cost judgment was entered on July 11, 2003, and Plaintiff's Motion was not received until July 23, 2003. The cost judgment clearly provides that a party wishing to challenge the entry of costs should do so within five days. Plaintiff's attempts to excuse his untimeliness, and his attempts to misconstrue the filing deadline as a mere suggestion rather than a requirement, border on disingenuous.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Review of Costs Award (Clerk Doc. No. 89) is **DENIED.**

Dated: July 28, 2003

Paul A. Magnuson
United States District Court Judge