UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

John Saulsberry,

Plaintiff,

v.

Saint Mary's University of Minnesota, a/k/a St. Mary's University of Minnesota, a Minnesota non-profit educational institution,

Defendant.

Court File No.: 00-1444 PAM/JGL

## SATISFACTION OF JUDGMENT

Judgment was rendered in this action in favor of Saint Mary's University of Minnesota a/k/a St. Mary's University of Minnesota against John Saulsberry and was entered and docketed in the office of the United States District Court, Fourth Division on July 11, 2003 for $4,997.05 for taxations of costs.

Judgment was rendered in this action in favor of Saint Mary's University of Minnesota a/k/a St. Mary's University of Minnesota against John Saulsberry and was entered in the office of the United States Court of Appeals, Eighth Circuit on April 1, 2003 and docketed on April 3, 2003 for $259.47 for taxation of costs.

SCANNED
MAY 18 2004
U.S. DISTRICT COURT MPLS

Saint Mary's University of Minnesota, the owner of the judgment, acknowledges full payment and satisfaction of the judgment and releases and discharges the judgment.

SAINT MARY'S UNIVERSITY OF MINNESOTA

Dated: May 6, 2004

Ann Merchlewitz

Ann Merchlewitz
Vice President and General Counsel

STATE OF MINNESOTA )
) ss.
COUNTY OF Winona )

This instrument was acknowledged before me on May 6, 2004 by Ann Merchlewita on behalf of Saint Mary's University of Minnesota.

Mary L. Becker
Notary Public

MARY L. BECKER
NOTARY PUBLIC - MINNESOTA
WINONA COUNTY
My Commission Expires 1-31-2005

**McCOLLUM, CROWLEY,**
**MOSCHET & MILLER, LTD.**
Attorneys at Law

**7900 Xerxes Avenue South**
**Suite 1300**
**Minneapolis, MN 55431**
**Telephone: (952) 831-4980**
**Facsimile: (952) 831-2942**

1801 West Knapp Street
Suite 6
Rice Lake, WI 54868
Telephone: (715) 234-2656
Facsimile: (715) 234-1491

**Heather M. Krech**
Paralegal
hmk@mccollumlaw.com

**Reply to Minnesota**

RECEIVED
BY U.S. MAIL
2004 MAY 18 AM 9:23
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 14, 2004

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: John Saulsberry vs. Saint Mary's University of Minnesota
Court File No. 00-CV-1444 PAM/JGL
Court of Appeals No.: 01-3991
Our File No.: 6962 CRAW

Dear Sir or Madam:

Enclosed for filing please find the executed Satisfactions of Judgment in the above-referenced matter. I understand that you handle the processing of this information for the U.S. District Court as well as the U.S. Court of Appeals.

Please feel free to call with any questions.

Thank you.

Very truly yours,

**McCOLLUM, CROWLEY,**
**MOSCHET & MILLER, LTD.**

Heather

Heather M. Krech, Paralegal

HMK/
Enclosures